JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01082-JLS-ADS                              Date: November 03, 2022
Title:  Ed Hull v. Spot Investments, LP et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                       Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE AS MOOT**

On October 28, 2022, Plaintiff filed a Notice of Mootness.  (Doc. 40.)  Plaintiff has notified the Court that he has confirmed ADA compliance at Defendant's property and waives the right to inspect for additional barriers, so the case is moot.  (*Id.* at 2.)  Accordingly, the Court hereby DISMISSES the case as moot.

Initials of Deputy Clerk: vrv